SCOTT N. JOHNSON, ESQ., SBN 166952
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>            Plaintiff,<br><br>     vs.<br><br>Byung Kwan Han, et al,<br><br>            Defendants | ) Case No. **2:07-cv-02226-WBS-JFM**<br>)<br>) **STIPULATION AND** ~~PROPOSED~~ **ORDER**<br>) **RE REQUEST FOR CONTINUANCE OF**<br>) **STATUS CONFERENCE**<br>)<br>)<br>) Status Conference: December 17,<br>) 2007<br>) Time: 2:00 pm<br>) Courtroom: 5 |

    Plaintiff, Scott N. Johnson, and Defendants, Byung Kwan Han; Bernardo Ramirez and Eva Ramirez hereby stipulate to an extension of time in which to continue the status conference from December 17, 2007 to January 14, 2008. Plaintiff has granted Defendant Han an extension of time to respond to the complaint.  A continuance to January 14, 2008 for the status conference will give the Plaintiff and Defendants' time to engage in settlement discussions.

STIPULATION AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-07-cv-02226-WBS-JFM - 1

```
Dated:   November 29, 2007        /s/Scott N. Johnson_____

                                  Scott N. Johnson,

                                  Plaintiff, In Pro Per




Dated:   November 29, 2007        /s/Byung Kwan Han_____

                                  Byung Kwan Han,

     Q                            Defendant, In Pro Per




Dated:   November 29, 2007        /s/Bernardo Ramirez_____



                                  Bernardo Ramirez,
                                  Defendant, In Pro Per




Dated:   November 29, 2007        /s/Eva Ramirez_____

                                  Eva Ramirez,
                                  Defendant, In Pro Per
```

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall have the status conference continued to January 14, 2008 at 2:00 p.m.

Date:  December 5, 2007

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-07-cv-02226-WBS-JFM - 2