SCOTT N. JOHNSON, ESQ., SBN 166952
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson


# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| SCOTT N. JOHNSON | ) Case No. **2:07-cv-02226-WBS-JFM** |
| | ) |
| Plaintiff, | ) **STIPULATION AND ~~PROPOSED~~ ORDER** |
| | ) **RE REQUEST FOR CONTINUANCE OF** |
| vs. | ) **STATUS CONFERENCE** |
| | ) |
| Byung Kwan Han, et al, | ) Status Conference: January 14, |
| | ) 2008 |
| Defendants | ) Time: 2:00 pm |
| | ) Courtroom: 5 |

Plaintiff, Scott N. Johnson, and Defendants, Byung Kwan Han; Bernardo Ramirez and Eva Ramirez hereby stipulate to an extension of time in which to continue the status conference from January 14, 2008 to February 14, 2008. Plaintiff has granted Defendant Han an extension of time to respond to the complaint. A continuance to February 14, 2008 for the status conference will give the Plaintiff and Defendants' time to engage in settlement discussions.

Dated:   December 27, 2007          /s/Scott N. Johnson ____

                                    Scott N. Johnson,

                                    Plaintiff, In Pro Per


Dated:   December 27, 2007          /s/Byung Kwan Han_____

                                    Byung Kwan Han,

     Q                              Defendant, In Pro Per


Dated:   December 27, 2007          /s/Bernardo Ramirez_____

                                    Bernardo Ramirez,

                                    Defendant, In Pro Per


Dated:   December 27, 2007          /s/Eva Ramirez_____

                                    Eva Ramirez,
                                    Defendant, In Pro Per


**ORDER**

     IT IS HEREBY ORDERED THAT the parties shall have the status conference continued to **February 11, 2008 at 2:00 p.m.**


Date:  December 28, 2007

                         _William_ _V_ _Shubb_
                         WILLIAM B. SHUBB
                         UNITED STATES DISTRICT JUDGE